**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DOROTHY WELLS,

    Plaintiff,

vs.                                Case No. 3:05-cv-1053-J-HTS

JO ANNE BARNHART, U.S.
Commissioner of Social
Security,

    Defendant.
_____

**O R D E R**[1]

This cause is before the Court on the Opposed Motion for Entry of Judgment with Remand (Doc. #27; Motion), filed on October 31, 2006. No response thereto has been filed pursuant to Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida. Defendant requests that the case be remanded so the administrative law judge (ALJ) can be instructed

> to re-evaluate Plaintiff's work activity after June 11, 1992, and make a new finding regarding substantial gainful activity for that year. Also, the ALJ will re-evaluate the severity of Plaintiff's myofascial pain syndrome, and the Commissioner will specifically indicate what consideration was given to the determination made by another agency regarding disability status.

Motion at 1. The Commissioner asserts the case should "be reversed and remanded under sentence four of 42 U.S.C. § 405(g) (dealing

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge (Doc. #11), entered on January 9, 2006.

with judicial review of benefit determinations)[.]"  *Id.* at 2. Plaintiff has filed no opposition to the Motion, and such a disposition is clearly within the Court's authority.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Motion (Doc. #27) is **GRANTED**, and the Clerk of the Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for the Commissioner

> to re-evaluate Plaintiff's work activity after June 11, 1992, and make a new finding regarding substantial gainful activity for that year.  Also, the ALJ will re-evaluate the severity of Plaintiff's myofascial pain syndrome, and the Commissioner will specifically indicate what consideration was given to the determination made by another agency regarding disability status.

Motion at 1.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of November, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
     pro se parties, if any