```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION
```

DOROTHY WELLS

       Plaintiff,

vs.                                   Case No. 3:05-cv-1053-J-HTS

JO ANNE BARNHART, U.S.
Commissioner of
Social Security,

       Defendant.

_____

### O R D E R

This cause is before the Court on Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act and the Social Security Act (Doc. #30; Application), filed on February 5, 2007. It is represented Defendant has no objection to the fee amount sought in the Application. Application at 2.

The Application requests the Court to award $3,579.65 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id*. Counsel expended 25.05 hours in representing Plaintiff before the Court in 2005 and 2006. *See id.*; Itemization of Time, attached to the Application.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the

parties' agreement, Plaintiff may reasonably be awarded $3,579.65 in attorney fees.

Accordingly, the Application (Doc. #30) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $3,579.65.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of February, 2007.

                                      /s/         Howard T. Snyder
                                      HOWARD T. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any